Judge Robert J. Bryan

**94-CR-05074-ORD**

FILED _____ LODGED
_____ RECEIVED

FEB 19 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR94-5074RJB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING SENTENCING |
| ) | DATE |
| JEFFERY JAY WARREN, ) | |
| ) | |
| Defendant. ) | |

Jeffery Jay Warren, by and through his attorney, Michael G. Martin, and the United States of America, by and through Matthew H. Thomas, Assistant United States Attorney, hereby stipulate and agree that the sentencing in this matter, currently set for February 20, 2009, be continued to late March, 2009 or as soon after as is convenient for the Court. Since Mr. Warren entered his guilty plea in this matter, codefendant Frank Falco has plead guilty is pending sentencing. Codefendant Lee Rushing has been arrested in Amsterdam, Netherlands and will appear at an extradition hearing currently set for March 17, 2009. The parties believe that Mr. Warren's sentencing should not proceed at least until Mr. Rushing's extradition status is clear.

STIPULATION AND ORDER
CONTINUING SENTENCING DATE
CR94-5074RJB(Warren) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805

Defense counsel has discussed this requested continuance with Mr. Warren, who agrees that the requested continuance is in his best interest and in the interest of justice. For these reasons, we ask the Court to continue the sentencing date as requested.

DATED this 18th day of February, 2009.

| /s/ Matthew H. Thomas | /s/ Michael G. Martin |
|---|---|
| Matthew H. Thomas, WSBA # 20075 | Michael G. Martin  WSBA #11508 |
| Assistant United States Attorney | Attorney for Defendant |
| 1201 Pacific Avenue, Suite 700 | Siderius Lonergan & Martin LLP |
| Tacoma, WA 98402 | 500 Union Street, Suite 847 |
| (253) 428-3800 | Seattle, WA 98101 |
| Fax (253) 428-3826 | (206) 624-2800 |
| Email: Matthew.H.Thomas@usdoj.gov | Fax (206) 624-2805 |
|  | Email: michaelm@sidlon.com |

## ORDER

This matter having come before the Court on the stipulation of the parties continuing the sentencing date in this matter, and the Court having considered the stipulation and otherwise being fully informed in this matter, now, therefore,

IT IS HEREBY ORDERED that the sentencing date in this matter be continued from February 20, 2009 to 27 March, 2009 at 9 AM.

DONE THIS 19 DAY OF FEBRUARY, 2009

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
CONTINUING SENTENCING DATE
CR94-5074RJB(Warren) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805

Presented by:

\_\_\_\_\_/s/ Michael G. Martin_____
Michael G. Martin  WSBA #11508
Attorney for Defendant
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

### Certificate of Service

I hereby certify that on February 18, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to counsel for other parties of record.

        \_\_/s/   Michael G. Martin_____
        Michael G. Martin

STIPULATION AND ORDER
CONTINUING SENTENCING DATE
CR94-5074RJB(Warren) - 3

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805