UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR94-5074RJB |
| Plaintiff, | ORDER SEALING DEFENDANT WARREN'S SUPPLEMENTAL SENTENCING MEMORANDUM |
| vs. | |
| JEFFERY JAY WARREN, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion to Seal Supplemental Sentencing Memorandum in this case, requesting the document remain under seal, and the Court having considered the motion and the argument in support of the motion in the Supplemental Sentencing Memorandum,

It is hereby ORDERED that Defendant Jeffery Jay Warren's Sentencing Memorandum filed under seal in this case shall remain sealed until further order of the Court

DONE THIS 27th DAY OF May, 2009.

_____
ROBERT J. BRYAN
United States District Judge

[PROPOSED] ORDER SEALING DEFENDANT
WARREN'S SUPPLEMENTAL SENTENCING
MEMORANDUM
 (Warren, CR94-5074RJB) - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805

1

2

3
Presented by:
4

5  /s/ Michael G. Martin_____

6  Michael G. Martin, WSBA # 11508
Attorney for Jeffery Jay Warren
7  Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
8  Seattle, WA  98101
(206) 624-2800
9  Fax (206) 624-2805
Email: michaelm@sidlon.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER SEALING DEFENDANT WARREN'S SUPPLEMENTAL SENTENCING MEMORANDUM
 (Warren, CR94-5074RJB) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA  98101
(206) 624-2800
FAX (206) 624-2805