Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　　v. )<br>JEFFERY JAY WARREN, )<br>　　　　　　Defendant. )<br>_____ ) | NO.　CR94-5074RJB-002<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal requesting that the Government's Supplemental Sentencing Memorandum be filed under seal,

It is hereby ORDERED that the Government's Supplemental Sentencing Memorandum in this matter shall be filed and remain sealed.

DATED this 27th day of May, 2009.

_____
Robert J Bryan
United States District Judge

Order to Seal/Warren — 1
CR94-5074RJB-002

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800