Judge Robert Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR94-5074RJB |
| Plaintiff, ) | |
| v. ) | ORDER OF FORFEITURE (MONEY JUDGMENT) |
| JEFFERY JAY WARREN, ) | |
| Defendant. ) | |

WHEREAS, on January 17, 2008, the Defendant, JEFFERY JAY WARREN, entered into a Plea Agreement with the United States in which the Defendant entered a guilty plea to the offense charged in Count 1 of the Second Superseding Indictment Information, Conspiracy to Import Hashish, in violation of Title 21, United States Code, Sections 952, 960(a) 960(b)(1) and 963, and further agreed to forfeit to the United States Two Million Dollars ($2,000,000.00), representing the approximate amount co-conspirator Lee Rushing owed to defendant, which were the proceeds from the conspiracy to import hashish, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States

The sum of Two Million Dollars ($2,000,000.00),

ORDER OF FORFEITURE - 1
CR94-5074RJB - U.S. v. JEFFERY JAY WARREN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

which shall be a money judgment representing the value of the proceeds from the conspiracy to import hashish owed to defendant by co-conspirator Lee Rushing, which are forfeitable pursuant to Title 21, United States Code, Section 853(a)(1).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant as of the time of sentencing, and shall be made part of the sentence and included in the judgment;

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed Two Million Dollars ($2,000,000.00) to satisfy the money judgment in whole or in part; and

The Clerk of the Court is directed to send a copy of this Order of Forfeiture to all counsel of record and three (3) "raised sealed" certified copies to the United States Attorney's Office.

DATED: This 29th day of July, 2009

*signature: Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Presented by:
  *s/Richard E. Cohen for*
MATTHEW H. THOMAS
Assistant United States Attorney

  *s/Richard E. Cohen for*
RICHARD E. COHEN
Assistant United States Attorney

  *s/ by Richard E. Cohen*
MICHAEL MARTIN*
Attorney for Defendant
Jeffrey Jay Warren
*Richard E. Cohen for Michael Martin per electronic mail authorization on July 27, 2009.

ORDER OF FORFEITURE - 2
CR94-5074RJB - U.S. v. JEFFERY JAY WARREN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970